**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**RAUL SAN ROMAN, an individual,**

    **Plaintiff,**                              **CASE NO: 2:25-CV-156-JES-KCD**
**vs.**

**LIST DISTILLERY, LLC, a Florida**
**limited liability company, THOMAS LIST,**
**individually, and RENATE LIST, individually,**

    **Defendants.**

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES**

Defendants LIST DISTILLERY, LLC, a Florida limited liability company, THOMAS LIST, an individual, and RENATE LIST, an individual, by and through their undersigned counsel, files this Answer and Affirmative Defenses to the Plaintiff's Complaint in this action, and in support thereof state:

**Introduction**

1.    Admitted for jurisdictional purposes, only; all other statements and allegations in this paragraph are denied.

**Jurisdiction and Venue**

2.    Admitted for jurisdictional purposes, only; all other statements and allegations in this paragraph are denied.

3.    Admitted for venue purposes, only; all other statements and allegations in this paragraph are denied.

4.    Defendants are without knowledge sufficient to admit or deny the allegations of this paragraph, and therefore the same are denied.

5.    Admitted.

6.      Admitted.

7.      Admitted.

### General Allegations

8.      Admitted that the Plaintiff was employed as an hourly accountant for approximately six (6) months, and voluntarily terminated his employment on approximately January 20, 2025.

9.      Admitted.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Admitted.

15.      Defendants are without knowledge sufficient to admit or deny the allegations of this paragraph, and therefore the same are denied, including that the Plaintiff is entitled to any relief.

### Count I: Overtime Compensation Due

16.     Defendants restate their responses to Paragraphs 1 through 15, above, as if fully restated here.

17.     Denied.

18.     Denied.

WHEREFORE, the Defendants respectfully and collectively request judgment in the Defendants' favor on this Count, to include a judgment against the Plaintiff for their

costs and reasonable attorneys' fees incurred in defending this action, and all other relief which this Court deems fair and just.

## First Affirmative Defense

The Plaintiff's Complaint fails to state a claim upon which relief can be granted. Without assuming the burden of proof, at all times material, the Plaintiff was properly paid for the hours worked, and received a weekly paystub stating the hours paid, to which he never objected that he had worked overtime (which was also never authorized). As an accountant, the Plaintiff is in a sufficient position to calculate his hours work and review his paystub to determine if there were any hours worked but not paid. On 31 separate "payroll" occasions, the Plaintiff received his paystub showing compensation for 40 hours, and never stated nor in any way claimed that he was owed for "overtime."

## Second Affirmative Defense

The Plaintiff's claims are estopped by the submission of his own time records, for which Defendants compensated him for all work claimed.

Dated: 4 April 2025.

_____
Darrin R. Schutt, Esq. (LEAD COUNSEL)
Florida Bar No. 886830
**Schutt Law Firm, P.A.**
12601 New Brittany Boulevard
Fort Myers, Florida 33907
Telephone: 239/540-7007
Email: darrin.schutt@schuttlaw.com
Attorney for Defendants

**Certificate of Service**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Court's CM/ECF System on this 4th day of April, 2025, which will electronically notice the following counsel of record:

Counsel for Plaintiff:          Bradley P. Rothman, Esq.
                                brothman@weldonrothman.com

                                Morgan B. Jones, Esq.
                                mjones@weldonrothman.com


_____
Darrin R. Schutt, Esq
Florida Bar No. 886830
**Schutt Law Firm, P.A.**
12601 New Brittany Boulevard
Fort Myers, Florida 33907
Telephone: 239/540-7007
Facsimile: 239/791-1080
Email: darrin.schutt@schuttlaw.com
Attorney for Defendants